IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GEORGE DULIN                                                                           PLAINTIFF

V.                                                          CIVIL ACTION NO.: 4:07CV194-SA-DAS

BOARD OF COMMISSIONERS OF THE
GREENWOOD LEFLORE HOSPITAL
and ROBERT MOORE                                                                    DEFENDANTS

## ORDER

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) Defendant Board of Commissioners of the Greenwood Leflore Hospital's Motion to Strike [117] is GRANTED;

(2) Defendant Board of Commissioners of the Greenwood Leflore Hospital's Motion for Summary Judgment [91] is DENIED;

(3) Defendant Robert Moore's Motion to Dismiss [94] is DENIED AS MOOT;

(4) Defendant Robert Moore's Motion for Summary Judgment [93] is GRANTED IN PART and DENIED IN PART;

(5) Plaintiff's Motion for Summary Judgment Dismissing Counterclaims of Defendant Board [89] is GRANTED;

(6) Defendants' Motions in Limine [126, 128] are GRANTED.

SO ORDERED, this the 8th day of September 2009.

                                                                   **/s/ Sharion Aycock**
                                                                   **UNITED STATES DISTRICT JUDGE**