**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**GEORGE DULIN**                                                          **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 4:07-CV-00194-SA**

**BOARD OF COMMISSIONERS OF THE**
**GREENWOOD LEFLORE HOSPITAL**                              **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

This cause, including all claims for attorneys' fees and costs, having been fully settled, is

hereby dismissed with prejudice.

SO ORDERED, this the 16th day of September, 2014.

                                          **/s/ Sharion Aycock**_____
                                          **U.S. DISTRICT JUDGE**